UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSUE GONZALEZ,<br><br>Defendant. | **UNSEALING ORDER**<br><br>S1 24 Cr. 154 (ER) |

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Matthew Podolsky, by Assistant United States Attorneys, Joseph H. Rosenberg and Adam Z. Margulies;

It is found that the Superseding Indictment in the above-captioned case is currently sealed, and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 5, 2025

_____
HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK