**MEMO ENDORSED**

**Donald D. duBoulay**                               **305 Broadway, Suite 310**
  Attorney at Law                                       New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

March 19, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josue Rodriguez
       24 Cr. 154 (JHR)

> The application is granted.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  3/20/2025
> New York, New York

Dear Judge Ramos:

    I represent Josue Gonzalez in the above referenced case. I write to respectfully request that the court allow an associate, Jin Lee, Esq. to appear in my stead at tomorrow's initial status conference in this case. I was appointed CJA counsel to represent Mr. Rodriguez on March 5, 2025 and learned at that time that a status conference in this matter had been previously set for all the defendants. Unfortunately. I will be travelling tomorrow and thus be unable to attend the conference.

    I have apprised my client that Mr. Lee has graciously agreed to appear tomorrow in my stead, and he consents to this application.

Respectfully submitted,

/s/ Donald duBoulay

cc: AUSA H. Rosenberg (via ECF)