UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :

UNITED STATES OF AMERICA

                                                            :      CONSENT PRELIMINARY ORDER

               - v. -                                                  OF FORFEITURE/
                                                               :      <u>MONEY JUDGMENT</u>

JOSUE GONZALEZ,
                                                                :      S1 24 Cr. 154 (ER)

               Defendant.
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               WHEREAS, on or about March 3, 2025, JOSUE GONZALEZ (the "Defendant"), was charged in all counts of a five-count Superseding Indictment, S1 24 Cr. 154 (ER) (the "Superseding Indictment"), with Conspiracy to Commit Theft From Interstate or Foreign Shipments and to Break and Enter Carrier Facilities with Intent to Commit Larceny Therein, in violation of Title 18, United States Code, Section 371 (Count One); Interstate Transportation of Stolen Property, in violation of Title 18, United States Code, Sections 2314 and 2 (Counts Two and Four); and Receipt of Stolen Goods, in violation of Title 18, United States Code, Sections 2315 and 2 (Counts Three and Five);

               WHEREAS, the Superseding Indictment included forfeiture allegations as to Counts One, Two, Three, Four, and Five of the Superseding Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Three, Four, and Five of the Superseding Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, Three, Four, and Five of the Superseding Indictment;

WHEREAS, on or about August 7, 2025, the Defendant pled guilty to Count One of the Superseding Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Superseding Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Superseding Indictment, including but not limited to: a sum of money equal to $4,000 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $4,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Superseding Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Superseding Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Joseph H. Rosenberg and Adam Z. Margulies, of counsel, and the Defendant and his counsel, Donald Duboulay, Esq., that:

1. As a result of the offense charged in Count One of the Superseding Indictment, to which the Defendant pled guilty, a money judgment in the amount of $4,000 in

United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Superseding Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JOSUE GONZALEZ and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278, and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          August 7, 2025
JOSEPH H. ROSENBERG                                    DATE
ADAM Z. MARGULIES
Assistant United States Attorneys
26 Federal Plaza
New York, New York 10278
(212) 637-2326/-2345

JOSUE GONZALEZ

By: _____          8/7/25
JOSUE GONZALEZ                                           DATE

By: _____          8/7/25
DONALD DUBOULAY, ESQ.                              DATE
Attorney for Defendant


SO ORDERED:

_____                    8/7/2025
HONORABLE EDGARDO RAMOS                    DATE
UNITED STATES DISTRICT JUDGE