UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                                    **ORDER**

JOSUE GONZALEZ,                           24-cr-154-9 (ER)

                Defendant.
--------------------------------------------------------x

The sentencing hearing presently scheduled for November 14, 2025, is hereby **rescheduled for November 19, 2025, at 11:45 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
          November 10, 2025

                                                          Edgardo Ramos, U.S.D.J.