# MEMO ENDORSED

**Donald D. duBoulay**
 Attorney at Law

**305 Broadway, Suite 602**
New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:     dondubesq@aol.com

December 5, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josue Gonzalez
      24 Cr. 154 (ER)

Dear Judge Ramos:

> Pretrial Services is respectfully directed to return to Mr. Gonzalez his passport.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  12/8/2025
> New York, New York

I write with the consent of pre-trial services, to respectfully request that the Court Order Pretrial Services to return Mr. Josue Gonzalez's passport to him. Mr. Gonzalez surrendered his passport to Pretrial services as a condition of his bail.

On November 19, 2025, the Court sentenced Mr. Gonzalez to time served and three years of supervised release.

Respectfully submitted,
 /s/

_____
Donald duBoulay
Attorney for Josue Gonzalez
305 Broadway, Suite 602
New York, New York 10007
(212) 966 3970

cc:            Pre-Trial Service